IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VIRGINIA LISSBETH PINEDA LEMUS,<br><br>Petitioner,<br><br>vs.<br><br>KRISTI NOEM, in their official capacity as Secretary of the United States Department of Homeland Security; PAMELA BONDI, in their official capacity as Attorney General of the United States; TODD M. LYONS, in their official capacity as Acting Director of the United States Immigration and Customs Enforcement; DAVID EASTERWOOD, in their official capacity as Acting St. Paul Field Office Director for Enforcement and Removal Operations, United States Immigration and Customs Enforcement; and JEROME J. KRAMER, in their official capacity as Lincoln County Sheriff, Official of Lincoln County Detention Center;<br><br>Respondents. | 4:26CV3078<br><br>ORDER |

    This matter is before the Court on its own motion. Petitioner Virginia Lissbeth Pineda Lemus noted this case as related to another case in this court, 4:26-cv-03046. *See* NEGenR 1.4(a)(4)(C)(iii) ("Open or closed civil cases are related when they involve some or all of the same issues of fact, arise out of the same transaction, or involve the validity or infringement of the same patent."). Accordingly, the Clerk of the Court assigned this case to this Court. NEGenR 1.4(a)(4)(B).

    Upon review of the petition, the Court questions whether this case and 4:26-cv-03046 "involve some or all of the same issues of fact" or "arise out of the same transaction." Accordingly,

**IT IS ORDERED:**

1. Petitioner Virginia Lissbeth Pineda Lemus shall show cause why this case is related to 4:26-cv-03046 on or before March 9, 2026.

Dated this 6th day of March, 2026.

BY THE COURT:

_Susan M Bazis_
Susan M. Bazis
United States District Judge