IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VIRGINIA LISSBETH PINEDA LEMUS,<br><br>Petitioner,<br><br>vs.<br><br>KRISTI NOEM, in their official capacity as Secretary of the United States Department of Homeland Security; PAMELA BONDI, in their official capacity as Attorney General of the United States; TODD M. LYONS, in their official capacity as Acting Director of the United States Immigration and Customs Enforcement; DAVID EASTERWOOD, in their official capacity as Acting St. Paul Field Office Director for Enforcement and Removal Operations, United States Immigration and Customs Enforcement; and JEROME J. KRAMER, in their official capacity as Lincoln County Sheriff, Official of Lincoln County Detention Center;<br><br>Respondents. | 4:26CV3078<br><br>ORDER |

  This matter is before the Court on its own motion. Petitioner Virginia Lissbeth Pineda Lemus noted this case as related to another case in this court, 4:26-cv-03046. This Court was assigned to 4:26-cv-03046, so the clerk "assigned[ed] it to the district judge who handled" that case. NEGenR 1.4(a)(4)(B).

  After reviewing Pineda Lemus' petition, the Court questioned whether the two cases are related under NEGenR 1.4(a)(4)(C)(iii) ("Open or closed civil cases are related when they involve some or all of the same issues of fact, arise out of the same transaction, or involve the validity or

infringement of the same patent."). The Court directed Pineda Lemus to show cause why this case is related to 4:26-cv-03046 ([Filing No. 3](#)) and she timely responded. ([Filing No. 5](#)).

The Court is unpersuaded that the two cases "involve some or all of the same issues of fact" or "arise out of the same transaction." NEGenR 1.4(a)(4)(C)(iii). It may be true, as Pineda Lemus suggests, that the legal issues and named Respondents are "identical." ([Filing No. 5 at 1](#)). But that does not mean the cases are "related" as that term is defined by NEGenR 1.4(a)(4)(C)(iii). The Court therefore concludes that this case should be randomly assigned to new judges. Accordingly,

**IT IS ORDERED:**

1. This case is referred to the Chief Judge for reassignment pursuant to NEGenR 1.4(a)(4)(B)(ii).

Dated this 9th day of March, 2026.

BY THE COURT:

_____
Susan M. Bazis
United States District Judge